UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MCGRAW FUNDING LLC,

    Plaintiff.

v.

CHRISTOPHER KYTE,

    Defendant.

Case No. 20-cv-03015-JCS

**ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on July 31, 2020 at 2:00 PM, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **August 14, 2020, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, by Zoom video conference, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on July 31, 2020, for failure to prosecute, for failure to serve this case, and for failure to comply with the Court's Order of May 4, 2020. A case management conference is also scheduled for **August 14, 2020**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: August 3, 2020

_____
JOSEPH C. SPERO
United States Chief Magistrate Judge