UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCGRAW FUNDING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER KYTE,<br><br>    Defendant. | Case No. 20-cv-03015-JCS<br><br>**ORDER GRANTING REQUEST TO WITHDRAW MOTION FOR DEFAULT JUDGMENT AND GRANTING LEAVE TO FILE AN AMENDED COMPLAINT**<br><br>Re: Dkt. Nos. 22, 26 |

At the November 20, 2020 hearing on Plaintiff's motion for default judgment (dkt. 22), the Court requested supplemental briefing and evidence. Earlier today, Plaintiff filed a "Supplemental Response" requesting (1) the Court "consider the motion for judgment withdrawn without prejudice" and (2) "the opportunity to amend its complaint" within 30 days. Suppl. Resp. (dkt. 26) at 2–3. For good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's request to withdraw the motion for default judgment without prejudice is GRANTED;

2. Plaintiff may file an amended complaint on or before January 21, 2020.

**IT IS SO ORDERED.**

Dated: December 21, 2020

JOSEPH C. SPERO
Chief Magistrate Judge